UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE FUENTES,

          Plaintiff,

-vs-                                                 Case No. 6:06-cv-1646-Orl-28KRS

SACRA GROUP TELEVISION, INC.,
JOSE A. GARCIA,

          Defendants.
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 22) filed June 8, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 12, 2007 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Judgment is **GRANTED in part** and **DENIED in part.**

    3.    Default judgment is hereby entered against Sacra Group Television, Inc. on Jose Fuentes' FLSA minimum wage and overtime compensation claims. Sacra Group

Television, Inc. is ordered to pay Jose Fuentes damages in the amount of $16,992.00 (including liquidated damages), $2,250.00 in attorney's fees, and $375.00 in costs.

4. Count III of the Complaint for breach of contract is **DISMISSED**.

5. The Clerk is directed to issue a judgment consistent with this Order and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3 /__ day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party